UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61541-SMITH/VALLE

BOBBY D. MCDANIEL, II,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 18], in which she recommends granting Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) [DE 17]. No objections have been filed.

Accordingly, having reviewed the Report and Recommendation, Plaintiff's Motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge [DE 18] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) [DE 17] is **GRANTED**. Plaintiff is awarded $836.70 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of May, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record