**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61541-SMITH/VALLE**

BOBBY D. MCDANIEL, II,

    Plaintiff,
vs.

KILOLO KIJAKAZI, Commissioner of
Social Security,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 21], in which she recommends granting Plaintiff's Unopposed Petition for Reasonable Attorney Fees Pursuant to 42 U.S.C. § 406(b) [DE 20].  Accordingly, given the unopposed nature of the motion and having reviewed the Report and Recommendation, Plaintiff's Motion, and the record, it is

    **ORDERED** that:

    1)    The Magistrate Judge's Report and Recommendation to District Judge [DE 21] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2)    Plaintiff's Unopposed Petition for Reasonable Attorney Fees Pursuant to 42 U.S.C. § 406(b) [DE 20] is **GRANTED**.  Plaintiff's counsel is awarded $6,170.25 in attorney's fees, payable from the past-due benefits awarded to Plaintiff by the Commissioner.

2

3) Within thirty (30) days of receiving these fees, Plaintiff's counsel shall return directly to Plaintiff $836.70 in attorney's fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of January, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record